**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EMOJI COMPANY GmbH, | |
| Plaintiff, | |
| v. | Case No. 21-cv-2802 |
| | Judge Joan B. Gottschall |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

**ORDER**

Before the court is plaintiff's motion for a preliminary injunction; a memorandum in support of the motion; the two-paragraph declaration of plaintiff's counsel dated June 22, 2021; and the certificate of service, actually a declaration, for the motion filed at approximately 3:35 p.m. on June 25, 2021, ECF No. 41. Unlike a temporary restraining order, a preliminary injunction may be issued "only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1); *see, e.g.*, *Wheeler v. Talbot*, 770 F.3d 550, 552 (7th Cir. 2014); *Medeco Sec. Locks, Inc. v. Swiderek*, 680 F.2d 37, 38 (7th Cir. 1981) (per curiam). This court authorized an alternative method of service of the preliminary injunction motion, permitting service by posting the motion and hearing notice on a website and emailing defendants a link to the site (*see* ECF Nos. 34 and 35).

However, as the court's staff advised plaintiff's counsel on June 24, 2021, the certificates of service accompanying the preliminary injunction motion and supporting memorandum of law state that plaintiff served both papers via the court's CM/ECF system. No defendant has

1

appeared, so the CM/ECF system sent notice of the filing of the motion papers to plaintiff's co-counsel and no one else.

On June 25, 2021, after the time at which the preliminary injunction hearing was scheduled, one of plaintiff's lawyers filed a declaration averring that he served the motion for preliminary injunction and accompanying papers by the court-authorized electronic means today, i.e., June 25, 2021. ECF No. 41 at 1. This notice after the hearing does not suffice under Rule 65(a)(1).

Accordingly, plaintiff's motion for preliminary injunction (ECF No. 37) is denied without prejudice for failure to give notice in advance of today's scheduled hearing. Moreover, the notice served today is inadequate as it fails to provide defendants with instructions for appearing before the court if they wish to do so.

If plaintiff renews its motion, it must submit a proposed form of preliminary injunction fully complying with this court's rulings in the orders (ECF Nos. 21 and 26) entered May 25 and 27, 2021, as well as the authorities cited in those orders. The proposed order submitted to the court in support of the instant motion was non-compliant. It must also provide defendants with notice of a hearing at which they can appear if they wish.

Dated: June 25, 2021

                                         /s/
                                       Joan B. Gottschall
                                       United States District Judge